No. 1250. GROSSMAN ET VIR *v.* PEARLMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 1251. CATALDO *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Anthony B. Cataldo,* petitioner, *pro se. Solicitor General Marshall* for the United States.

No. 1252. POLLEN *v.* PRESTON, SUPERINTENDENT OF WASHINGTON ASYLUM AND JAIL. C. A. D. C. Cir. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 1253. SERRI ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Philip H. Ward III, David Berger* and *S. Regen Ginsburg* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Burton Berkley* for respondent.

No. 1254. BEY ET AL. *v.* MULDOON ET AL. C. A. 3d Cir. Certiorari denied. *Sidney J. Smolinsky* for petitioners.

No. 1263. EASTERN AUTO DISTRIBUTORS, INC. *v.* SNYDER, DBA SNYDER'S AUTO SALES. C. A. 4th Cir. Certiorari denied. *O. G. Calhoun* for petitioner. *Theodore A. Snyder, Jr.,* for respondent.

No. 1285. GLASSMAN CONSTRUCTION Co., INC. *v.* FIDELITY & CASUALTY CO. OF NEW YORK. C. A. D. C. Cir. Certiorari denied. *Leonard S. Melrod* for petitioner. *Thomas H. McGrail* for respondent.